IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:09CR23

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| PERRY ROGER SHIPPY | ) | |

**THIS MATTER** is before the Court on Defendant's *pro se* motions to compel, to appeal the "bond hearing," for dismissal, and to suppress.

Because the Defendant is currently represented by counsel, his *pro se* motions will be summarily denied. **United States v. D'Amario, 2008 WL 624768 at \*1, 2008 U.S. App. LEXIS 5079 at \*4 (3d Cir. 2008) (holding that district courts are not obligated to consider *pro se* motions from a defendant who is represented by counsel because "[t]he Constitution does not confer a right to proceed simultaneously by counsel and *pro se*").** The Defendant is instructed to communicate with the Court only through his attorney.

**IT IS, THEREFORE, ORDERED** that Defendant's *pro se* motions to compel, to appeal, for dismissal, and to suppress are hereby **DENIED**.

Signed: May 12, 2009

Lacy H. Thornburg
United States District Judge