**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CRIMINAL NO.  1:09CR23**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **PERRY ROGER SHIPPY** | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's *pro se* motion for a separate trial.

As previously stated by the Court, because the Defendant is currently represented by counsel, his *pro se* motion will be summarily denied. ***United States v. D'Amario*, 2008 WL 624768 at \*1, 2008 U.S. App. LEXIS 5079 at \*4 (3d Cir. 2008) (holding that district courts are not obligated to consider *pro se* motions from a defendant who is represented by counsel because "[t]he Constitution does not confer a right to proceed simultaneously by counsel and *pro se*"); *see also*, Order, filed May 12, 2009, at 1-2.**  Again, the Defendant is instructed to communicate with the Court only through his attorney.

**IT IS, THEREFORE, ORDERED** that Defendant's *pro se* motion for a separate trial is hereby **DENIED**.

Signed: May 19, 2009

Lacy H. Thornburg
United States District Judge