IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:09CR23

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | O R D E R |
| | ) | |
| PERRY ROGER SHIPPY | ) | |

**THIS MATTER** is before the Court on motion of court appointed counsel for permission to file for an interim payment of counsel fees.

For the reasons set forth in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that counsel's motion is **ALLOWED**, and Charles W. McKeller is hereby permitted to file an interim fee petition in this matter.

Signed: July 13, 2009

Lacy H. Thornburg
United States District Judge