# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:09cr23

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>vs. )<br>)<br>)<br>PERRY ROGER SHIPPY. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's *pro se* Motion to Apply the 1 to 1 Ratio Based on Discriminatory Impact to African Americans [Doc. 209].

The Defendant was sentenced on August 27, 2009 and timely filed notice of appeal. [Doc. 193, Doc. 195]. The United States Court of Appeals for the Fourth Circuit has appointed counsel to represent the Defendant. [Doc. 198]. The Defendant may not make *pro se* filings while he is represented by counsel. In addition, the Defendant's case is on appeal in the Fourth Circuit. As a result, the pleading will be stricken from the record.

**IT IS, THEREFORE, ORDERED** that the Defendant's *pro se* Motion to Apply the 1 to 1 Ratio Based on Discriminatory Impact to African Americans [Doc. 209] is hereby **STRICKEN** from the record.

Signed: October 6, 2009

Martin Reidinger
United States District Judge